IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Graham, Jack L | Case Number: 04 B 14612 |
|---|---|---|
| | Graham, Marion E | Judge: Hollis, Pamela S |
| | Printed: 12/19/07 | Filed: 4/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 18, 2007
Confirmed: June 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 31,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 29,937.04 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,662.96 |
| Other Funds: | | 0.00 |
| Totals: | 31,600.00 | 31,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 2. | ECast Settlement Corp | Unsecured | 973.39 | 406.73 |
| 3. | Card Service Center | Unsecured | 3,603.28 | 1,505.61 |
| 4. | Resurgent Capital Services | Unsecured | 10,354.59 | 4,326.60 |
| 5. | Capital One | Unsecured | 1,648.68 | 688.89 |
| 6. | Credit First | Unsecured | 528.34 | 220.76 |
| 7. | Discover Financial Services | Unsecured | 8,341.97 | 3,485.64 |
| 8. | Ford Motor Credit Corporation | Unsecured | 11,901.31 | 4,972.89 |
| 9. | Capital One | Unsecured | 2,815.61 | 1,176.49 |
| 10. | ECast Settlement Corp | Unsecured | 13,904.69 | 5,809.98 |
| 11. | ECast Settlement Corp | Unsecured | 973.39 | 0.00 |
| 12. | Capital One | Unsecured | 1,619.99 | 676.90 |
| 13. | Capital One | Unsecured | 1,017.18 | 425.02 |
| 14. | Kohl's/Kohl's Dept Stores | Unsecured | 1,562.78 | 653.00 |
| 15. | ECast Settlement Corp | Unsecured | 5,177.50 | 2,163.39 |
| 16. | ECast Settlement Corp | Unsecured | 8,197.17 | 3,425.14 |
| 17. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 18. | Amoco Oil Company | Unsecured | | No Claim Filed |
| 19. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 20. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 21. | Michael Fine | Unsecured | | No Claim Filed |
| 22. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 23. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 24. | Plaza Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Graham, Jack L  
       Graham, Marion E  
       Printed: 12/19/07

Case Number: 04 B 14612  
Judge: Hollis, Pamela S  
Filed: 4/13/04

$ 72,619.87      $ 29,937.04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 535.67 |
| 4% | 98.35 |
| 3% | 82.84 |
| 5.5% | 473.50 |
| 5% | 95.31 |
| 4.8% | 274.70 |
| 5.4% | 102.59 |
| | $ 1,662.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*